AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT

for the

Northern District of California

FILED
APR 12 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States of America
v.
Poi Tran
*Defendant*

Case No. 4-12-70396-MAG

Charging District: Western Dist. of Pennsylvania, Pittsburgh

Charging District's Case No. CR2:12-81

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | U.S. Courthouse, Western Dist. of Pennsylvania<br>700 Grant Street<br>Pittsburgh, PA 15219 | Courtroom No.: Bef. Chief Mag. Lisa Pupo Lenihan |
|---|---|---|
| | | Date and Time: 4/25/12 at 10:30 a.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 4/12/12

Kandis Westmore
*Judge's signature*

**KANDIS A. WESTMORE, U.S. Magistrate Judge**
*Printed name and title*

cc: Copy to parties via ECF, Pretrial Services, 1 Certified copy to US Marshal
Clerk of Chief Mag. Lisa P. Lenihan